JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Shogakukan, Inc. and Shueisha Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>SHOGAKUKAN, INC.; and<br>SHUEISHA INC.,<br><br>      Applicants.<br>_____ | ) Case No:  5:21-mc-80071<br>)<br>) **DECLARATION OF JUNJI SUUZKI IN**<br>) **SUPPORT OF EX PARTE APPLICATION**<br>) **FOR ORDER PURSUANT TO 28 U.S.C. §**<br>) **1782 PERMITTING DISCOVERY FOR**<br>) **USE IN FOREIGN PROCEEDING**<br>) |

I, the undersigned, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California. I am an attorney at Marshall Suzuki Law Group, LLP.  I have personal knowledge of each matter stated herein.

2.  Exhibit A attached hereto is a true and correct copy of the two subpoenas issued to Cloudflare, Inc. on December 16, 2020 and April 1, 2019, respectively.

3.  Exhibit B attached hereto is a true and correct copy of the relevant part of the response and documents produced by Cloudflare, Inc. on January 11, 2021 and April 19, 2019, respectively, in response to the foregoing subpoenas.

//

**In re Ex Parte Application of Shogakukan, Inc. and Shueisha Inc.**
Declaration of Junji Suzuki in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2  is true and correct.

3

4  Dated: March 31, 2021              By:_____

5                                              Junji Suzuki

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**In re Ex Parte Application of Shogakukan, Inc. and Shueisha Inc.**
Declaration of Junji Suzuki in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting
Discovery for Use in Foreign Proceeding