# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| In re DMCA Subpoena to Cloudflare, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

**CV20    80220MISC    DMR**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                          Cloudflare, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment 1.

| Place: MARSHALL SUZUKI LAW GROUP, LLP<br>230 California Street, Suite 415<br>San Francisco, CA 94111 | Date and Time:<br>January 11, 2021 at 10:00 am |
|---|---|

**BY FAX**

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     12/16/2020

*CLERK OF COURT*
**Susan Y. Soong**

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*

Shogakukan, Inc. and Shueisha Inc.                          , who issues or requests this subpoena, are:
Junji Suzuki, Esq.; MARSHALL SUZUKI LAW GROUP, LLP, 230 California Street, Suite 415, San Francisco, CA 94111; junji@marshallsuzuki.com; (415) 618-0090

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*  .

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)*  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$  .

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
   **(i)** is a party or a party's officer; or
   **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
   **(i)** fails to allow a reasonable time to comply;
   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   **(i)** expressly make the claim; and
   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT 1

### REQUEST FOR PRODUCTION

All information sufficient to identify the operator and/or owner of the website located at https://manga1000.com,  https://manga1001.com, https://loveheaven.net/,  https://kisslove.net/, https://batoscan.net/, respectively  (collectively as the "Infringers") who uploaded, hosted, and/or contracted with other provider to host the infringing content identified under the columns entitled as "Infringing Work", as specified in Exhibit A to each of the notices dated December 7, 2020 by Shogakukan Inc. and Shueisha Inc., respectively, attached to this subpoena, from any and all sources, including but not limited to billing or administrative records that prove the following information used by each of the Infringers, along with time-stamp, from the time of user registration and to date: the name(s); the last known address(es); last known telephone and/or cell phone number(s); any and all email address(es); account number(s); credit card numbers; billing information; hosting provider(s); server(s); any other contact information; and any and all logs of IP address(es).

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

December 7, 2020

**Via Email**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

RE:   *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
      **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/, https://kisslove.net/,https://batoscan.net/   more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that

Cloudflare, Inc.
December 7, 2020
2 of 3


you remove or disable the Infringing Work from
https://manga1000.com/, https://manga1001.com/,https://loveheaven.net/,
https://kisslove.net/,https://batoscan.net/,or any of your system or services.

We also request a written assurance that you have fully complied with our request.


I declare that the information in this notice is accurate, and under penalty of
perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive
right of the Original Work that is infringed.

Your immediate response will be appreciated.


Very truly yours,


Hiroyuki Nakajima
Attorney at Law

Cloudflare, Inc.
December 7, 2020
Page 3 of 3

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1000.com/%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw-free/ | ケンガンオメガ (Raw – Free) |
| 2 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1000.com/%e3%80%90%e7%ac%ac54%e8%a9%b1%e3%80%91%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw/ | ケンガンオメガ – Raw 【第54話】 |
| 3 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://manga1001.com/%e3%82%b1%e3%83%b3%e3%82%ac%e3%83%b3%e3%82%aa%e3%83%a1%e3%82%ac-raw-free/ | ケンガンオメガ – Raw 【第54話】 |
| 4 | 裏バイト・逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1000.com/%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw-free/ | 裏バイト・逃亡禁止 (Raw – Free) |
| 5 | 裏バイト・逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1000.com/%e3%80%90%e7%ac%ac11%e8%a9%b1%e3%80%91%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88-%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw/ | 裏バイト・逃亡禁止 – Raw 【第11話】 |
| 6 | 裏バイト・逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://manga1001.com/%e8%a3%8f%e3%83%90%e3%82%a4%e3%83%88%e9%80%83%e4%ba%a1%e7%a6%81%e6%ad%a2-raw-free/ | 裏バイト・逃亡禁止 (Raw – Free) |
| 7 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://manga1000.com/meitantei-conan-raw-free/ | MEITANTEI CONAN (Raw – Free) |
| 8 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://manga1001.com/meitantei-conan-raw-free/ | MEITANTEI CONAN (Raw – Free) |
| 9 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://loveheaven.net/manga-meitantei-conan-raw.html | MEITANTEI CONAN – RAW |
| 10 | 名探偵コナン (Detective Conan) | 青山 剛昌 (Gosho Aoyama) | https://www.conan-portal.com/ | https://kisslove.net/manga-meitantei-conan-raw.html | MEITANTEI CONAN – RAW |
| 11 | 名探偵コナン警察学校編 (Detective Conan POLICE ACADEMY) | 青山 剛昌 (Gosho Aoyama) | https://websunday.net/rensai/wildpolice/ | https://batoscan.net/manga-detective-conan-police-academy-arc-wild-police-story-raw.html | DETECTIVE CONAN: POLICE ACADEMY ARC WILD POLICE STORY – |
| 12 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://loveheaven.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |
| 13 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://batoscan.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |
| 14 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comics/31480/ | https://kisslove.net/manga-yamikin-ushijima-kun-raw.html | YAMIKIN USHIJIMA-KUN – RAW |

**EXHIBIT A**

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１−３−３３５３−３５２１
FAX ＋８１−３−３３５６−９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Shueisha Inc.


December 7, 2020

**<u>Via Email</u>**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: <u>abuse@cloudflare.com</u>

   ***RE:  NOTIFICATION OF COPYRIGHT INFRINGEMENT***
      **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at <u>https://manga1000.com/</u>, <u>https://manga1001.com/</u>,<u>https://loveheaven.net/</u>, <u>https://kisslove.net/</u>,<u>https://batoscan.net/</u> more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  Shueisha  has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that

Cloudflare, Inc.
December 7, 2020
2 of 3

you remove or disable the Infringing Work from
https://manga1000.com/, https://manga1001.com/, https://loveheaven.net/,
https://kisslove.net/, https://batoscan.net/, or any of your system or services.

      We also request a written assurance that you have fully complied with our request.

      I declare that the information in this notice is accurate, and under penalty of
perjury, that Shueisha  and I are authorized to act on behalf of the owner of the exclusive
right of the Original Work that is infringed.

      Your immediate response will be appreciated.

          Very truly yours,

          Hiroyuki Nakajima
          Attorney at Law

          *Hiroyuki Nakajima*

Cloudflare, Inc.
December 7, 2020
Page 3 of 3

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/i/rensai/onepiece.html | https://manga1000.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw - Free) |
| 2 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/i/rensai/onepiece.html | https://manga1001.com/%e3%83%af%e3%83%b3%e3%83%94%e3%83%bc%e3%82%b9-raw-free1/ | ワンピース (Raw - Free) |
| 3 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/i/rensai/onepiece.html | https://loveheaven.net/manga-one-piece.html | ONE PIECE - RAW |
| 4 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/i/rensai/onepiece.html | https://kisslove.net/manga-one-piece-raw.html | ONE PIECE - RAW |
| 5 | 僕のヒーローアカデミア（My Hero Academia) | 堀越耕平（Kohei Horikoshi) | https://www.shonenjump.com/i/rensai/myhero.html | https://manga1000.com/%e5%83%95%e3%81%ae%e3%83%92%e3%83%bc%e3%83%ad%e3%83%bc%c3%82%a2%e3%82%ab%e3%83%87%e3%83%9f%e3%82%a2-raw/ | 僕のヒーローアカデミア (Raw - Free) |
| 6 | 僕のヒーローアカデミア（My Hero Academia) | 堀越耕平（Kohei Horikoshi) | https://www.shonenjump.com/i/rensai/myhero.html | https://manga1001.com/%e5%83%95%e3%81%ae%e3%83%92%e3%83%bc%e3%83%ad%e3%83%bc%c3%82%a2%e3%82%ab%e3%83%87%e3%83%9f%e3%82%a2-raw/ | 僕のヒーローアカデミア (Raw - Free) |
| 7 | 僕のヒーローアカデミア（My Hero Academia) | 堀越耕平（Kohei Horikoshi) | https://www.shonenjump.com/i/rensai/myhero.html | https://loveheaven.net/manga-boku-no-hero-academia-raw.html | BOKU NO HERO ACADEMIA - RAW |
| 8 | 僕のヒーローアカデミア（My Hero Academia) | 堀越耕平（Kohei Horikoshi) | https://www.shonenjump.com/i/rensai/myhero.html | https://kisslove.net/manga-boku-no-hero-academia-raw.html | BOKU NO HERO ACADEMIA - RAW |
| 9 | 鬼滅の刃（Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge) | https://kimetsu.com/ | https://batoscan.net/manga-kimetsu-no-yaiba-raw.html | KIMETSU NO YAIBA - RAW |
| 10 | 呪術廻戦（Jujutsu Kaisen) | 芥見下々（Akutami Gege) | https://www.shonenjump.com/i/rensai/jujutsu.html | https://batoscan.net/manga-jujutsu-kaisen-raw.html | JUJUTSU KAISEN - RAW |

**EXHIBIT A**

**ORIGINAL**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

RECEIVED

| | | |
|---|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | ) | MAR 29 2019 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. SUSAN Y. SOONG |
| | ) | CLERK, U.S. DISTRICT COURT |
| | ) | NORTHERN DISTRICT OF CALIFORNIA |
| *Defendant* | ) | |

*JCS*

CV 19 80 085 MISC

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                          Cloudflare, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment 1.

| Place: MARSHALL SUZUKI LAW GROUP, LLP<br>230 California Street, Suite 415<br>San Francisco, CA 94111 | Date and Time:<br><br>04/19/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: APR - 1 2019

SUSAN Y. SOONG
*CLERK OF COURT*

GINA AGUSTINE
*Signature of Clerk or Deputy Clerk*

OR

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*

Shogakukan, Inc. , who issues or requests this subpoena, are:
Junji Suzuki, Esq.; MARSHALL SUZUKI LAW GROUP, LLP, 230 California Street, Suite 415, San Francisco, CA 94111; junji@marshallsuzuki.com; (415) 618-0090

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

BY FAX

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*                      .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or

 (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT 1

### REQUEST FOR PRODUCTION

All information sufficient to identify the operator and/or owner of the website located at https://lhscan.net (the "Infringer") who uploaded, hosted, and/or contracted with other provider to host the infringing content identified under the columns entitled as "Infringing Work", as specified in Exhibit A to the notice dated March 25, 2019, attached to this subpoena, from any and all sources, including but not limited to billing or administrative records that prove the following information used by the Infringer, along with time-stamp, from the time of user registration and to date: the name(s); the last known address(es); last known telephone and/or cell phone number(s); any and all email address(es); account number(s); credit card numbers; billing information; hosting provider(s); server(s); any other contact information; and any and all logs of IP address(es).

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL  ＋８１－３—３３５３—３５２１
FAX  ＋８１－３—３３５６—９２２８
MAIL  nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

March 25, 2019

**Via Email**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

### *RE:*  *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
### (Pursuant to 17 U.S.C. § 512)

To whom it may concern:

I represent Shogakukan Inc., a Japanese corporation (hereinafter called
"Shogakukan"), the representative of the author of the copyrighted works identified under
the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to Shogakukan's attention that certain users of your services have
unlawfully published and posted certain contents on the website located at
https://lhscan.net/, more specifically identified under the column entitled "Infringing Work"
in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original
Work identified in Exhibit A.

Shogakukan has a good faith belief that the Infringing Work is not authorized by
the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease
any use, reproduction, and distribution of the Original Work.  Specifically, we request that
you remove or disable the Infringing Work from https://lhscan.net/, and/or any of your system

Cloudflare, Inc.
March 25, 2019
Page 2 of 3

or services.

     We also request a written assurance that you have fully complied with our request.


     I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

     Your immediate response will be appreciated.

               Very truly yours,

               Hiroyuki Nakajima
               Attorney at Law

Cloudflare, Inc.
March 25, 2019
Page 3 of 3

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-492.html | Yamikin Ushijima-kun - Raw Chapter 492 |
| 2 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-491.html | Yamikin Ushijima-kun - Raw Chapter 491 |
| 3 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-490.html | Yamikin Ushijima-kun - Raw Chapter 490 |
| 4 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-489.html | Yamikin Ushijima-kun - Raw Chapter 489 |
| 5 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-488.html | Yamikin Ushijima-kun - Raw Chapter 488 |
| 6 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-487.html | Yamikin Ushijima-kun - Raw Chapter 487 |
| 7 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-486.html | Yamikin Ushijima-kun - Raw Chapter 486 |
| 8 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-485.html | Yamikin Ushijima-kun - Raw Chapter 485 |
| 9 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-484.html | Yamikin Ushijima-kun - Raw Chapter 484 |
| 10 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-483.html | Yamikin Ushijima-kun - Raw Chapter 483 |
| 11 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-482.html | Yamikin Ushijima-kun - Raw Chapter 482 |
| 12 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-481.html | Yamikin Ushijima-kun - Raw Chapter 481 |
| 13 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-480.html | Yamikin Ushijima-kun - Raw Chapter 480 |
| 14 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-479.html | Yamikin Ushijima-kun - Raw Chapter 479 |
| 15 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-478.html | Yamikin Ushijima-kun - Raw Chapter 478 |
| 16 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-477.html | Yamikin Ushijima-kun - Raw Chapter 477 |
| 17 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-476.html | Yamikin Ushijima-kun - Raw Chapter 476 |
| 18 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-475.html | Yamikin Ushijima-kun - Raw Chapter 475 |
| 19 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-474.html | Yamikin Ushijima-kun - Raw Chapter 474 |
| 20 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/com ic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-473.html | Yamikin Ushijima-kun - Raw Chapter 473 |

# EXHIBIT B



01/11/2021

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[ CV20 80220MISC ].** All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the documents named:

**audit_log_info.csv**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**single_zone_info.csv**
**user_info.csv**

Billing information is included in the document named:

**billing_profile_details.docx**
**payments_details.docx**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-9307 or abuse+law@cloudflare.com.

Regards,

David Nguyen

David Nguyen
Trust and Safety
Cloudflare, Inc.

# Billing Account Details for Cloudflare User 18768897

## Account Information in Billing System A:

**Account Num:** 18768897
**Status:** ACTIVE
**Start Date:** 2020-05-01T19:45:33Z
**Currency Code:** USD
**Ip Address:**

## Responsible Party

**Party Type:** person
**Customer Num:** 191657
**First Name:** Dinh
**Last Name:** Huong

## Addresses

**Address Type:** email
**Purpose:** PRIMARY
**Email:** dieuhien29122@gmail.com

**Address Type:** postal
**Purpose:** SERVICE
**Country:** VNM
**City:** City NA
**Line1:** Address Line 1 NA
**Region Or State:** AP
**Postal Code:** 100000

**Address Type:** postal
**Purpose:** BILLING
**Country:** VNM
**City:** City NA
**Line1:** Address Line 1 NA
**Region Or State:** AP
**Postal Code:** 100000

**Payment Method**
**Payment Method Type:** tokenized-paypal


Email Address
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

_____

## Account Information in Billing System B:

### Account
There were no relevant results found


### Metadata
There were no relevant results found


### Profile
There were no relevant results found


### Addresses
There were no relevant results found


### Payment Methods
There were no relevant results found


_____

**Account Information in Billing System C:**

**Accounts**

There were no relevant results found

**Subscriptions**

There were no relevant results found

**Billing Info**

There were no relevant results found

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

# Payment Details for Cloudflare User 18768897

**Payment Information in Billing System A:**
12 payments identified

**Payment 1**
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-05-01T19:45:33Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 18768897
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

---

**Payment 2**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-05-01T19:45:42Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Merchant Reference:** 15476655
**Transaction Id:** 4gjr9ad9
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

## Payment 3

**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-06-01T07:00:13Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 60eyaqyn
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


### Billing Account

**Account Num:** 18768897
**External Account Num:** None


### Payment Method

**Payment Method Type:** tokenized-paypal


### Email Address

**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com


### Payment Processor

**Type:** BRAINTREE


### Payment Batch

**Payment Batch Type:** auto-recurring
**Batch Number:** 470

**Payment 4**
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-07-01T07:00:11Z
**Use Recurring Payment:** True
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** 3krab6y0
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


Billing Account
**Account Num:** 18768897
**External Account Num:** None


Payment Method
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com


Payment Processor
**Type:** BRAINTREE


Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 499

**Payment 5**
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-07-02T01:25:23Z
**Use Recurring Payment:** True
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** 0x835j18
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 18768897
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

Payment Processor
**Type:** BRAINTREE

---

**Payment 6**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-07-03T01:21:09Z

**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 7g6yehxf
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 18768897
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

Payment Processor
**Type:** BRAINTREE

---

Payment 7
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-08-01T07:00:09Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** eejq9tkb
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0

**Mark For Settlement:** True

Billing Account
**Account Num:** 18768897
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

Payment Processor
**Type:** BRAINTREE

Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 530

---

Payment 8
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-09-02T07:38:07Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** qtdx673v
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 563

---

**Payment 9**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-10-02T07:30:30Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** e6dc4c47
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 593

---

**Payment 10**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-11-01T08:00:04Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** g6250m7g
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 623

---

**Payment 11**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-12-02T08:09:04Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** r69x8r3z
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 654

---

**Payment 12**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2021-01-02T09:17:20Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** nmezm1ah
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 18768897
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 685

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Payment Information in Billing System B:

**Payments**
There were no relevant results found

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Payment Information in Billing System C:

**Payments**
There were no relevant results found

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.9E+07 | dinhhuong4831@outlook.com.vn | Active | 0cd6cf73d1cf17ef1d784f826217738 | | | | | | | 222.252.175.102 |

# Billing Account Details for Cloudflare User 14613528

## Account Information in Billing System A:

**Account Num:** 14613528
**Status:** ACTIVE
**Start Date:** 2020-03-03T11:32:53Z
**Currency Code:** USD
**Ip Address:** 139.180.131.8


### Responsible Party

**Party Type:** person
**Company:**
**Customer Num:** 176675
**First Name:** Dinh
**Last Name:** Huong


### Addresses

**Address Type:** postal
**Purpose:** BILLING
**Country:** VNM
**City:** HN
**Line1:** HN
**Region Or State:** AP
**Postal Code:** 100000


**Address Type:** postal
**Purpose:** SERVICE
**Country:** VNM
**City:** HN
**Line1:** HN
**Region Or State:** AP
**Postal Code:** 100000


**Address Type:** email
**Purpose:** PRIMARY

**Email:** tdcmp17@gmail.com

**Payment Method**

**Payment Method Type:** tokenized-paypal

Email Address

**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

————————————————————————————————————————

## Account Information in Billing System B:

**Account**

There were no relevant results found

**Metadata**

There were no relevant results found

**Profile**

There were no relevant results found

**Addresses**

There were no relevant results found

**Payment Methods**

There were no relevant results found

————————————————————————————————————————

**Account Information in Billing System C:**

**Accounts**

There were no relevant results found

**Subscriptions**

There were no relevant results found

**Billing Info**

There were no relevant results found

_____

# Payment Details for Cloudflare User 14613528

**Payment Information in Billing System A:**

19 payments identified

---

**Payment 1**
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-03-03T11:32:54Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

---

**Payment 2**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-03-03T11:33:02Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Merchant Reference:** 14158583
**Transaction Id:** b0y9djzp
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

## Payment 3
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-04-04T09:14:08Z
**Use Recurring Payment:** False
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** d1r2f5wf
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

### Billing Account
**Account Num:** 14613528
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

### Payment Processor
**Type:** BRAINTREE

### Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 412

## Payment 4
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-04-25T01:51:50Z
**Use Recurring Payment:** False
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** 92xy8pqb
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

### Billing Account
**Account Num:** 14613528
**External Account Num:** None

### Payment Method
**Payment Method Type:** tokenized-paypal

### *Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

### Payment Processor
**Type:** BRAINTREE

---

## Payment 5
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-04-26T01:33:04Z

**Use Recurring Payment:** False
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** 8yjshp3b
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

Payment Processor
**Type:** BRAINTREE

---

Payment 6
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-04-27T01:36:14Z
**Use Recurring Payment:** False
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** g0dgtepv
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0

**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

Payment Processor
**Type:** BRAINTREE

---

Payment 7
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-04-27T03:41:37Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

---

**Payment 8**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-04-28T01:41:06Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** mepb443s
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT

**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

---

**Payment 9**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-05-03T07:00:18Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 7ydv9e5x
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 441

---

Payment 10
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-06-03T07:00:16Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** b2vk9ck4
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

Payment Processor
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 472

---

**Payment 11**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-07-03T07:00:10Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** batpdveb
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 501

---

**Payment 12**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-08-03T07:00:07Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 0aze4gr4
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 532

---

Payment 13
**Payment Type:** payment
**Amount:** 20.0
**Status:** PROCESSING_ERROR
**Occurred On:** 2020-09-04T08:00:35Z
**Use Recurring Payment:** False
**Unapplied Amount:** 20.0
**Currency Code:** USD
**Transaction Id:** 4sekw5ph
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** thanhhuong38912@gmail.com

Payment Processor
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 565

---

## Payment 14

**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-09-04T09:03:57Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

**Payment Processor**
**Type:** BRAINTREE

**Payment 15**

**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-09-04T09:04:27Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 5zyrrndh
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** False
**Mark For Settlement:** True

Billing Account

**Account Num:** 14613528
**External Account Num:** None

Payment Method

**Payment Method Type:** tokenized-paypal

*Email Address*

**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

Payment Processor

**Type:** BRAINTREE

---

**Payment 16**

**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED

**Occurred On:** 2020-10-04T07:15:52Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** k5fwk4sk
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

Payment Processor
**Type:** BRAINTREE

Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 595

Payment 17
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-11-03T08:00:06Z
**Use Recurring Payment:** True

**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** f2py670n
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

Payment Processor
**Type:** BRAINTREE

Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 625

Payment 18
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-12-03T11:15:35Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD

**Transaction Id:** me7qa3q3
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** False
**Mark For Settlement:** True

Billing Account
**Account Num:** 14613528
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

Payment Processor
**Type:** BRAINTREE

---

Payment 19
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2021-01-04T07:06:59Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 0crwyk8d
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Apply Automatically:** False
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 14613528
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** dinhhuong4831@outlook.com.vn

**Payment Processor**
**Type:** BRAINTREE

_____

## Payment Information in Billing System B:

**Payments**
There were no relevant results found

_____

## Payment Information in Billing System C:

**Payments**
There were no relevant results found

_____

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.5E+07 | tdcmp17@gmail.com | Active | d575991 41c14ad3 ce7447b3 6751985c 2 | | | | | | | 2001:ee0 :4406:cb5 0:6560:7c 0d:4c20: d5ca |

# Billing Account Details for Cloudflare User 10187925

## Account Information in Billing System A:

**Account Num:** 10187925
**Status:** ACTIVE
**Start Date:** 2020-02-05T13:01:22Z
**Currency Code:** USD
**Ip Address:** 125.234.67.90

### Responsible Party

**Party Type:** person
**Company:**
**Customer Num:** 170746
**First Name:** Malik
**Last Name:** Ismail

### Addresses

**Address Type:** postal
**Purpose:** BILLING
**Country:** PAK
**City:** Punjab
**Line1:** 185/186 S Industrial Estate. Kot Lakhpat, Lahore, Pakistan
**Region Or State:** Lahore
**Postal Code:** 54560

**Address Type:** postal
**Purpose:** SERVICE
**Country:** PAK
**City:** Punjab
**Line1:** 185/186 S Industrial Estate. Kot Lakhpat, Lahore, Pakistan
**Region Or State:** Lahore
**Postal Code:** 54560

**Address Type:** email
**Purpose:** PRIMARY

**Email:** nguyenvinhcnttk11@gmail.com

Payment Method

**Payment Method Type:** tokenized-paypal

Email Address

**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

———————————————————————————————————

## Account Information in Billing System B:

Account

There were no relevant results found

Metadata

There were no relevant results found

Profile

There were no relevant results found

Addresses

There were no relevant results found

Payment Methods

There were no relevant results found

———————————————————————————————————

**Account Information in Billing System C:**

**Accounts**
There were no relevant results found


**Subscriptions**
There were no relevant results found


**Billing Info**
There were no relevant results found


————————————————————————————————————————————————

# Payment Details for Cloudflare User 10187925

## Payment Information in Billing System A:

15 payments identified

### Payment 1

**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-02-05T13:01:22Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

#### Billing Account

**Account Num:** 10187925
**External Account Num:** None

#### Payment Method

**Payment Method Type:** tokenized-credit-card
**Card Type:** MASTERCARD
**First Name:** Long
**Last Name:** Hoang
**Identifier Number:** Last 4: 5018
**Expiration Date:** 04/2020
**Last Four:** 5018

**Payment Processor**
**Type:** BRAINTREE

---

Payment 2

**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-02-05T13:01:31Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Merchant Reference:** 13519988
**Transaction Id:** 97c3mfav
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account

**Account Num:** 10187925
**External Account Num:** None

Payment Method

**Payment Method Type:** tokenized-credit-card
**Card Type:** MASTERCARD
**First Name:** Long
**Last Name:** Hoang
**Identifier Number:** Last 4: 5018
**Expiration Date:** 04/2020
**Last Four:** 5018

Payment Processor

**Type:** BRAINTREE

**Payment 3**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-02-05T16:52:13Z
**Use Recurring Payment:** False
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Merchant Reference:** 13520369
**Transaction Id:** g2ccn8w4
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


**Billing Account**
**Account Num:** 10187925
**External Account Num:** None


**Payment Method**
**Payment Method Type:** tokenized-credit-card
**Card Type:** MASTERCARD
**First Name:** Long
**Last Name:** Hoang
**Identifier Number:** Last 4: 5018
**Expiration Date:** 04/2020
**Last Four:** 5018


**Payment Processor**
**Type:** BRAINTREE

**Payment 4**
**Payment Type:** payment
**Amount:** 0.01
**Description:** Auto-Payment validation
**Status:** VOID
**Occurred On:** 2020-03-31T09:02:03Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.01
**Currency Code:** USD
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


Billing Account
**Account Num:** 10187925
**External Account Num:** None


Payment Method
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com


Payment Processor
**Type:** BRAINTREE

---

**Payment 5**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-04-06T09:04:45Z

**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** kewxcasw
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 10187925
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

Payment Processor
**Type:** BRAINTREE

Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 414

Payment 6
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-05-05T07:00:09Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0

**Currency Code:** USD
**Transaction Id:** cqbf4cvy
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True


Billing Account
**Account Num:** 10187925
**External Account Num:** None


Payment Method
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com


Payment Processor
**Type:** BRAINTREE


Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 443

---


Payment 7
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-06-05T07:00:11Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** d2k5d1k0

**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 10187925
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

Payment Processor
**Type:** BRAINTREE

Payment Batch
**Payment Batch Type:** auto-recurring
**Batch Number:** 474

---

Payment 8
**Payment Type:** payment
**Amount:** 14.0
**Status:** COMPLETED
**Occurred On:** 2020-06-14T14:24:43Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Merchant Reference:** 16489595
**Transaction Id:** fxzypjny
**Refunded Amount:** 0.0

**Canceled Amount:** 0.0
**Mark For Settlement:** True

Billing Account
**Account Num:** 10187925
**External Account Num:** None

Payment Method
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

Payment Processor
**Type:** BRAINTREE

---

Payment 9
**Payment Type:** payment
**Amount:** 18.0
**Status:** COMPLETED
**Occurred On:** 2020-07-05T07:00:12Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 13tpy4wm
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None


**Payment Method**
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com


**Payment Processor**
**Type:** BRAINTREE


**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 503

---

**Payment 10**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-08-05T07:00:05Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** cy23vvaq
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 534

---

**Payment 11**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-09-06T07:12:51Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 53bfwz37
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 567

---

**Payment 12**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-10-06T07:04:58Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** hvhnjt80
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 597

---

**Payment 13**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-11-05T08:00:09Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** rpqbwbxh
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None

**Payment Method**
**Payment Method Type:** tokenized-paypal

*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com

**Payment Processor**
**Type:** BRAINTREE

**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 627

---

**Payment 14**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2020-12-06T08:24:54Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** 6dv192vj
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None


**Payment Method**
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com


**Payment Processor**
**Type:** BRAINTREE


**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 658

---

**Payment 15**
**Payment Type:** payment
**Amount:** 20.0
**Status:** COMPLETED
**Occurred On:** 2021-01-06T08:57:04Z
**Use Recurring Payment:** True
**Unapplied Amount:** 0.0
**Currency Code:** USD
**Transaction Id:** dxybzn0y
**Refunded Amount:** 0.0
**Canceled Amount:** 0.0
**Mark For Settlement:** True

**Billing Account**
**Account Num:** 10187925
**External Account Num:** None


**Payment Method**
**Payment Method Type:** tokenized-paypal


*Email Address*
**Address Type:** email
**Purpose:** PAYMENT
**Email:** nguyenvinhcnttk11@gmail.com


**Payment Processor**
**Type:** BRAINTREE


**Payment Batch**
**Payment Batch Type:** auto-recurring
**Batch Number:** 689


━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Payment Information in Billing System B:

**Payments**
There were no relevant results found


━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Payment Information in Billing System C:

**Payments**
There were no relevant results found

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1E+07 | nguyenvinhcnttk11@gmail.com | Active | cbe560bc2131814eb77dfdae912f698 | | | | | | | 27.77.222.236 |

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.1E+07 | mullydark @gmail.c om | Active | e6153e9f 4f888e9d 84fce932 16e11c90 | | | | | | | 185.242. 104.48 |



April 19, 2019

Marshall Suzuki Law Group
230 California St. Suite 415
San Francisco, CA 94111

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[**319-MC-80085-JCS**]**.  All
time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the
documents named:

**audit_log_info.csv**

Subscriber information including name, address, email address, and any other user-provided
information are included in the document named:

**single_zone_info.csv**
**user_info.csv**

Billing information is included in the document named:

**No billing for this user.**

The information returned in the documents mentioned above are representative of all readily
accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to
newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the
search we have conducted. If you have a need for that specific information or have any other questions
or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-
9307 or abuse+law@cloudflare.com.

Regards,

*David Nguyen*

David Nguyen
Trust and Safety
Cloudflare, Inc.

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Website: | IP Address: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1E+07 | hoanglon gcm92@ gmail.co m | Active | 8f06eaa0 af6523be 206ccb27 4783c38a | | | | | | | 125.214. 51.32 |