JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicants,
Shogakukan, Inc. and Shueisha Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Ex Parte Application of | ) | Case No: 5:21-mc-80071 |
| | ) | |
| | ) | **[Proposed] ORDER GRANTING** |
| SHOGAKUKAN, INC.; and | ) | **APPLICATION FOR ORDER PURSUANT** |
| SHUEISHA INC., | ) | **TO 28 U.S.C. § 1782 PERMITTING** |
| | ) | **DISCOVERY FOR USE IN FOREIGN** |
| Applicants. | ) | **PROCEEDING** |
| | ) | |

Having considered applicant Shogakukan, Inc. and Shueisha Inc. (collectively as "Applicant")'s ex parte application for an order pursuant to 28 U.S.C. § 1782 permitting discovery for use in foreign proceeding,

IT IS HEREBY ORDERED that:

1. Applicant's application is GRANTED; and
2. Applicant may serve the subpoenas attached hereto on Paypal Holdings, Inc., Mastercard Incorporated, Mastercard International Incorporated, and Google LLC.

Dated: _____, 2021       By: _____
                                    United States District Judge

-Page 1 of 1-
**In re Ex Parte Application of Shogakukan, Inc. and Shueisha Inc.**
[Proposed] Order Granting Application for Order Pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding